Submitted on record and briefs August 6, sentences reversed and remanded for resentencing; otherwise affirmed September 22, 2004

## STATE OF OREGON,
*Respondent,*

*v.*

## WALLACE MANNING STANKEWITZ,
*Appellant.*

### 20-03-09746; A122183

97 P3d 695

Rebecca Duncan, Chief Deputy Public Defender, filed the brief for appellant. With her on the brief were Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Office of Public Defense Services.

Jonathan H. Fussner, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for resisting arrest, a Class A misdemeanor, ORS 162.315, and assaulting a public safety officer, a Class C felony, ORS 163.208. On the resisting arrest count, the trial court sentenced him to 45 days' incarceration, with credit for time served equal to the amount of the sentence. On the assaulting a public safety officer count, it sentenced him to 50 months' imprisonment and 24 months' post-prison supervision. On appeal, defendant argues only that the sentence for resisting a public safety officer exceeds the maximum sentence of 60 months for a Class C felony. The state concedes that the trial court committed plain error, and we agree. We exercise our discretion to review the error, reverse the sentence, and remand for resentencing.

Sentences reversed and remanded for resentencing; otherwise affirmed.